**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| WASHINGTON STREET, LLC | : | |
| | : | |
| **Plaintiff,** | : | No. 2:21-cv-04374 |
| | : | |
| | : | |
| v. | : | |
| | : | |
| NATIONWIDE PROPERTY & | : | |
| CASUALTY INSURANCE  COMPANY | : | |
| | : | |
| **Defendant** | : | |

**INDEX TO APPENDIX - EXHIBITS IN SUPPORT OF
STATEMENT OF UNDISPUTED MATERIAL FACTS**

Page

1       **EXHIBIT A   ECF 7    Plaintiff's Amended Complaint**

39      Exhibit A       Policy

107     Exhibit B       Correspondence:  Letter of representation

109     Exhibit C       Correspondence:  Letter of representation/Subrogation

111     Exhibit D       Correspondence:  Status request

115     Exhibit E:      Correspondence:  Status report

117     Exhibit F       First estimate of loss

118     Exhibit G       Open Items update

122     Exhibit H       Correspondence sending HVAC, electric, mold estimates

123     Exhibit I       Response to Exhibit H

125     Exhibit J       Response to Exhibit H

130     Exhibit K       Correspondence with asbestos estimate

134     Exhibit L       Status  email

136     Exhibit M       Agent request declare building total loss

| 138 | Exhibit N | Response to Agent |
| 140 | Exhibit O | Request update |
| 142 | Exhibit P | Complaint to Insurance Commissioner |
| 144 | Exhibit Q | Status report |
| 146 | Exhibit R | Notice of hiring Reynold Construction |
| 148 | Exhibit S | Status request |
| 150 | Exhibit T | Status report |
| 152 | Exhibit U | Status report |
| 154 | Exhibit V | Status request |
| 156 | Exhibit W | Status report |
| 158 | Exhibit X | Status report, requesting authority |
| 159 | Exhibit Y | Email exchange re non-renewal |
| 163 | Exhibit Z | Second estimate of loss |
| 250 | Exhibit AA | Code compliance notice, demand for appraisal |
| 252 | Exhibit BB | Response appraisal, appointing Reynolds |
| 254 | Exhibit CC | Request for details on scope of appraisal |
| 258 | Exhibit DD | Umpire appointment |
| 260 | Exhibit EE | Subrogation Suit |
| 289 | Exhibit FF | New adjuster notice |
| 291 | Exhibit GG | Response to inquiry from insured |
| 293 | Exhibit HH | Response to inquiry from insured |
| 295 | Exhibit II | Counsel letter no need to respond to CC |
| 297 | Exhibit JJ | Status request Business Income Claim |
| 299 | Exhibit KK | New adjuster notice |

301     Exhibit LL     Request Leases

303     Exhibit MM    Delivery of Leases

305     Exhibit NN     Notice of Mortgage foreclosure threat

307     Exhibit OO     Update Business Income Claim

309     Exhibit PP     Update Business Income Reformation

311     Exhibit QQ     Confirming forwarding request reform Business Income limits

312     Exhibit RR     Appraisal Award

315     Exhibit SS     Email exchange:  Uninsured Loss

317     Exhibit TT     Email exchange:  Subrogation claim status

319     Exhibit UU     Email exchange:  Subrogation claim status

322     Exhibit VV     Email exchange:   Subrogation claim status

323     **EXHIBIT B   Redacted Claims Log**

376     **EXHIBIT C   Deposition of Claims Professional John Mathews**

554     **EXHIBIT D Affidavit of Frank Zeigon**

556     Zeigon expert report

571     Zeigon curriculum vitae

580     Zeigon case list

586     Zeigon list of documents reviewed

587     Zeigon timeline

616     **EXHIBIT E  Petition to Intervene in subrogation lawsuit**

629     **EXHIBIT F  Email exchange re settlement of subrogation claim**

636     **EXHIBIT G  Excerpts deposition transcript Ruth Jones, D.O.**