# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **WASHINGTON STREET, LLC,**<br><br>*Plaintiff,*<br><br>v.<br><br>**NATIONWIDE PROPERTY & CASUALTY INSURANCE COMPANY,**<br><br>*Defendant.* | Case No. 2:21-cv-04374-JDW |

## ORDER

**AND NOW**, this 18th day of November, 2022, upon consideration of Defendant Nationwide Property & Casualty Insurance Company's Motion For Summary Judgment (ECF No. 22), it is **ORDERED** that, for the reasons stated in the accompanying Memorandum, the Motion is **GRANTED**.

It is **FURTHER ORDERED** that Plaintiff Washington Street LLC's Motion To Exclude (Or Limit) The Expert Testimony Of Defendant, Nationwide's Proposed Bad Faith Expert Frank Zeigon (ECF No. 24) is **DENIED AS MOOT**.

Judgment is **ENTERED** in favor of Defendant Nationwide Property & Casualty Insurance Company and against Plaintiff Washington Street, LLC. The Clerk shall mark this case closed for statistical purposes.

BY THE COURT:

*/s/ Joshua D. Wolson*
**JOSHUA D. WOLSON, J.**